# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAK DEVELOPMENT LLC, a Nebraska Limited Liability Company, d/b/a MICHAEL HOUSE, and MICHAEL CORRADO, an individual,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>CITY OF LINCOLN, NEBRASKA, a Nebraska Municipal Corporation,<br><br>                    Defendant. | Case No. 4:24-cv-03069<br><br><br><br><br>JOINT STATUS UPDATE |

COME NOW, the parties, by and through their respective counsel, and per the Court's Order of April 17, 2025 (Filing #48), hereby jointly provide the following status update.

**Plaintiffs' Status Update**

Plaintiffs' counsel has not had updates from HUD on this case since January 2025 outside of the fact HUD is attempting to contact City. On April 2, 2025, Plaintiffs' counsel requested to administratively close the HUD case in order to proceed with litigation. As of the date of this motion, HUD still has not closed the matter. Plaintiffs' counsel believes the stay should be lifted and will be filing a motion shortly.

**Defendant's Status Update**

On May 13, 2025 and May 15, 2025, counsel for the Defendant met with a HUD attorney to continue discussions regarding a Voluntary Compliance Agreement ("VCA"). HUD indicated that both parties were working on potential terms for a VCA. A VCA has not been finalized. Defendant has been diligently working with HUD to resolve the underlying administrative matter.

Defendant's counsel was unaware that Plaintiffs' counsel had requested to administratively close the HUD case on April 2, 2025. As outlined in the joint status updates to the Court, Defendant's counsel has met with HUD on November 8, 2024, February 12, 2025, April 9, 2025, May 13, 2025, and May 15, 2025. The status updates have reflected any new HUD contact or meetings Defendant's counsel have received. Defendant maintains the appropriate time to progress this case will be when the Amended HUD Complaint is dismissed or otherwise concluded.

To date, HUD conciliation efforts are ongoing. HUD has not concluded its investigation and continues to maintain the investigation is ongoing. HUD has not administratively closed the matter.

DATED this 19th day of May, 2025.

        MAK DEVELOPMENT, LLC, MICHAEL HOUSE, AND MICHAEL CORRADO, PLAINTIFFS

By: */s/ Michelle Faron*
Sarah Jane Hunt (63899MO) Pro Hac
Michelle Faron (68058MO)
Kennedy Hunt, P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
Phone: (314) 872-9041
Fax: (314) 872-9043
sarahjane@kennedyhuntlaw.com
michelle@kennedyhuntlaw.com

and

Craig F. Martin, #21812
LAMSON DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone: (402) 397-7300
cmartin@ldmlaw.com

COUNSEL FOR PLAINTIFFS

3

        CITY OF LINCOLN, NEBRASKA,
        DEFENDANT

        YOHANCE L. CHRISTIE, #24271
        CITY ATTORNEY

By: */s/ Lily L. Ealey*
        MARNA M.M. MUNN, #24223
        LILY L. EALEY, #27210
        ASSISTANT CITY ATTORNEY
        555 South 10th Street, Suite 300
        Lincoln, NE 68508
        Phone: 402-441-7281
        mmunn@lincoln.ne.gov
        lealey@lincoln.ne.gov

        COUNSEL FOR DEFENDANT
        CITY OF LINCOLN