UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **MAK DEVELOPMENT LLC, A NEBRASKA LIMITED LIABILITY COMPANY d/b/a MICHAEL HOUSE, AND MICHAEL CORRADO, AN INDIVIDUAL,**<br><br>　　　　PLAINTIFFS,<br>V.<br><br>**CITY OF LINCOLN, NEBRASKA, A NEBRASKA MUNICIPAL CORPORATION,**<br><br>　　　　DEFENDANT. | CIVIL ACTION NO. 4:24-cv-03069<br><br><br><br><br>JOINT STIPULATION TO LIFT STAY |

COMES NOW, MAK Development LLC, a Nebraska Limited Liability Company and Michael Corrado ("*Plaintiffs*") and City of Lincoln, Nebraska, a Nebraska Municipal Corporation (*"Defendant"*) by and through their respective undersigned counsel, pursuant to and hereby respectfully submit this Stipulation to Lift Stay and move this Court to approve the same.

1. Prior to filing this lawsuit, Plaintiffs filed a charge of discrimination against Defendant City of Lincoln, Nebraska, a Nebraska Municipal Corporation ("*City*" or "*Defendant*"), the Lincoln-Lancaster County Planning Commission, Stephen Henrichsen, Cindy Ryman Yost, and Mayor Leirion Gaylor Baird, with the United States Department of Housing and Urban Development ("*HUD*").

2. On April 11, 2024, Plaintiffs filed this lawsuit in the United States District Court, District of Nebraska. *See* Filing No. 1.

3. On May 6, 2024, City filed an Answer to Plaintiffs' Complaint (*see* Filing No. 14) and the Planning Commission filed a Motion to Dismiss (*see* Filing No. 15).

4. On May 23, 2024, Plaintiffs filed their Amended Complaint, naming only City. *See* Filing No. 19.

5. On June 28, 2024, Defendant filed its Motion to Stay the Proceedings due to the ongoing HUD investigation process. *See* Filing No. 24.

6. On October 7, 2024, this Court entered an order to stay the case. *See* Filing No. 34.

7. On May 29, 2025, HUD closed the administrative proceedings. Exhibit A is a copy of the letter Plaintiffs received from HUD. Exhibit B is a copy of the letter Defendant received from HUD.

8. This Court has the inherent power to control its own docket, including the power to lift a previously imposed stay when circumstances warrant such action.

9. The parties agree that lifting the stay at this time would serve the interests of justice and judicial economy by allowing this case to move forward without further delay.

10. Therefore, the parties stipulate to the lifting of the stay previously imposed in this case.

WHEREFORE, the parties respectfully request that this Court enter an order approving this Stipulation to Lift Stay and allow the proceedings to continue.

DATED this 3rd day of June, 2025.

        MAK DEVELOPMENT, LLC, MICHAEL HOUSE, AND MICHAEL CORRADO, PLAINTIFFS

By: */s/ Michelle Faron*
Sarah Jane Hunt (63899MO) Pro Hac
Michelle Faron (68058MO)
Kennedy Hunt, P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
Phone: (314) 872-9041
Fax: (314) 872-9043
sarahjane@kennedyhuntlaw.com
michelle@kennedyhuntlaw.com

and

Craig F. Martin, #21812
LAMSON DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone: (402) 397-7300
cmartin@ldmlaw.com
COUNSEL FOR PLAINTIFFS


CITY OF LINCOLN, NEBRASKA,
DEFENDANT

YOHANCE L. CHRISTIE, #24271
CITY ATTORNEY

By: */s/ Lily L. Ealey (with consent)*
MARNA M.M. MUNN, #24223
LILY L. EALEY, #27210
ASSISTANT CITY ATTORNEY
555 South 10th Street, Suite 300
Lincoln, NE 68508
Phone: 402-441-7281
mmunn@lincoln.ne.gov
lealey@lincoln.ne.gov

COUNSEL FOR DEFENDANT
CITY OF LINCOLN

3