

**U.S. Department of Housing and Urban Development**
Region VII
Office of Fair Housing and Equal Opportunity
Gateway Tower II, 4th Floor
400 State Avenue
Kansas City, KS 66101-2406

May 29, 2025

City of Lincoln, Nebraska
555 South 10th Street, Suite 300
Lincoln, NE  68508

Dear Respondent:

Subject:   Discrimination Complaint
           MAK Development v. City of Lincoln
           HUD File No.: 07-24-2489-4
           HUD File No.: 07-24-2489-9
           HUD File No.: 07-24-2489-D

    The U.S. Department of Housing and Urban Development (HUD) administratively enforces Section 504 of the Rehabilitation Act of 1973, Section 109 of the Housing and Community Development Act of 1974, and Title II of the Americans with Disabilities Amendments Act of 2008. Efforts to voluntarily conciliate the complaint during the course of the investigation were unsuccessful.

    HUD has received a Withdrawal Without Resolution request from Complainant Michael Corrado.  Accordingly, HUD has concluded its administrative processing of the complaints under Section 504, Section 109, and Title II, and the complaints are hereby dismissed.

    If you have any questions regarding this closure, please contact the point of contact listed below at 1-800-743-5323 for assistance.

Sincerely,

*Natasha J. Watson*

Natasha J. Watson
Regional Director
Office of Fair Housing and
Equal Opportunity

Exhibit B