IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAK DEVELOPMENT LLC, A Nebraska Limited Liability Company; and MICHAEL CORRADO, An Individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, NEBRASKA, a Nebraska municipal corporation;<br><br>Defendant. | 4:24CV3069<br><br>ORDER |

This matter is before the Court on the Parties' Joint Stipulation to Lift Stay in this case. ([Filing No. 51](#)). That motion is granted.

Accordingly, IT IS ORDERED:

1. The stay is lifted in this case.

2. The parties shall have until July 7, 2025 to file their Joint Rule 26(f) Report.

Dated this 4th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge